**ASK LLP**
ATTORNEYS AT LAW

2600 Eagan Woods Dr, Suite 400  
St. Paul, MN 55121  
651-406-9665

60 East 42nd Street, 46th Floor  
New York, NY 10165  
212-267-7342

| | |
|---|---|
| Defendant: | **St. George Distribution Corp.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

### Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| **Preference Period Transfer(s)** | | | | | | | |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112594 | $345,183.90 | 2/17/2023 | 47278 | 12/5/2022 | $123,600.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112594 | $345,183.90 | 2/17/2023 | 47270 | 12/5/2022 | $221,583.90 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112617 | $67,897.71 | 2/17/2023 | 221130-2774 | 11/30/2022 | $712.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112617 | $67,897.71 | 2/17/2023 | 221228-1724 | 12/28/2022 | $34,627.71 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112617 | $67,897.71 | 2/17/2023 | 221231-2724 | 12/31/2022 | $32,557.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112925 | $51,315.13 | 3/3/2023 | 48520 | 1/16/2023 | $16,999.08 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112925 | $51,315.13 | 3/3/2023 | 230111-1724 | 1/11/2023 | $34,316.05 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 230116-2713 | 1/16/2023 | $2,841.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 230131-2774 | 1/31/2023 | $507.21 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 230131-2724 | 1/17/2023 | $11,133.23 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 230131-2713 | 1/17/2023 | $4,169.57 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 230131-1724 | 1/19/2023 | $182,856.84 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 230118-1724 | 1/18/2023 | $14,673.42 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 230116-2724 | 1/16/2023 | $3,385.89 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 48060 | 12/31/2022 | $166,905.30 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 230116-2774 | 1/16/2023 | $2,340.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 49300 | 2/1/2023 | $45,880.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 49299 | 2/1/2023 | $11,970.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 48526 | 1/16/2023 | $5,246.48 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 48281 | 1/3/2023 | $199,861.20 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 48280 | 1/3/2023 | $45,600.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 48279 | 1/3/2023 | $11,400.00 |

Transfers During Preference Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 112936 | $710,497.41 | 3/3/2023 | 221231-2774 | 12/31/2022 | $1,726.97 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113037 | $228,282.51 | 3/10/2023 | 49337 | 2/6/2023 | $18,428.25 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113037 | $228,282.51 | 3/10/2023 | 49338 | 2/6/2023 | $209,854.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113242 | $232,663.10 | 3/16/2023 | 49327 | 2/6/2023 | $232,663.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113368 | $209,854.26 | 3/27/2023 | 50274 | 3/3/2023 | $209,854.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113405 | $52,774.91 | 3/27/2023 | 49697 | 2/16/2023 | $4,894.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113405 | $52,774.91 | 3/27/2023 | 50280 | 3/3/2023 | $47,880.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113625 | $232,663.10 | 4/14/2023 | 50312 | 3/6/2023 | $232,663.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113719 | $259,560.00 | 4/19/2023 | 50311 | 3/6/2023 | $129,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113719 | $259,560.00 | 4/19/2023 | 49325 | 2/6/2023 | $129,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113721 | $11,970.00 | 4/19/2023 | 50279 | 3/3/2023 | $11,970.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113738 | $55,595.38 | 4/21/2023 | 230216-2774 | 2/7/2023 | $2,000.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113738 | $55,595.38 | 4/21/2023 | 230308-1724 | 3/8/2023 | $37,912.77 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113738 | $55,595.38 | 4/21/2023 | 230315-2724 | 3/15/2023 | $15,682.61 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113753 | $23,305.35 | 4/21/2023 | 230315-1724 | 3/15/2023 | $22,054.40 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113753 | $23,305.35 | 4/21/2023 | 230315-2774 | 3/15/2023 | $1,250.95 |

**13 Preference Period transfer(s), $2,481,562.76**

**Post Petition Transfer(s)**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113767 | $434,326.27 | 4/28/2023 | 230331-1724 | 3/31/2023 | $196,946.60 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113767 | $434,326.27 | 4/28/2023 | 230331-2713 | 3/31/2023 | $25,687.67 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113767 | $434,326.27 | 4/28/2023 | 230228-1724 | 2/28/2023 | $211,692.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113770 | $82,511.28 | 4/28/2023 | 230329-1724 | 3/29/2023 | $42,003.94 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113770 | $82,511.28 | 4/28/2023 | 230322-1724 | 3/22/2023 | $40,507.34 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113892 | $209,854.26 | 5/9/2023 | 00051399_1 | 4/3/2023 | $209,854.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113988 | $339,634.26 | 5/25/2023 | 00051399_2 | 4/3/2023 | $209,854.26 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113988 | $339,634.26 | 5/25/2023 | 00051402_1 | 4/6/2023 | $129,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113989 | $59,850.00 | 5/25/2023 | 51401 | 4/3/2023 | $47,880.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 113989 | $59,850.00 | 5/25/2023 | 51400 | 4/3/2023 | $11,970.00 |

Transfers During Forbearance Period and Post Petition

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114039 | $39,572.25 | 5/25/2023 | 48282 | 1/3/2023 | $18,536.44 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114039 | $39,572.25 | 5/25/2023 | 47187 | 12/5/2022 | $21,035.81 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114041 | $13,788.87 | 5/25/2023 | 48293 | 1/3/2023 | $5,310.07 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114041 | $13,788.87 | 5/25/2023 | 221231-2713 | 12/31/2022 | $8,478.80 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114044 | $10,941.84 | 5/30/2023 | 00051402_2 | 4/6/2023 | $129,780.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114044 | $10,941.84 | 5/30/2023 | 00051402CR | 4/6/2023 | ($118,838.16) |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114161 | $110,782.07 | 6/8/2023 | 230417-2713 | 4/17/2023 | $21,594.01 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114161 | $110,782.07 | 6/8/2023 | 230417-2774 | 4/17/2023 | $803.19 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114161 | $110,782.07 | 6/8/2023 | 230412-1724 | 4/12/2023 | $51,976.96 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114161 | $110,782.07 | 6/8/2023 | 230419-1724 | 4/19/2023 | $36,407.91 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114171 | $20,254.36 | 6/8/2023 | 51713 | 4/17/2023 | $20,254.36 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114408 | $232,663.10 | 6/20/2023 | 00051403_1 | 4/6/2023 | $232,663.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114471 | $349,411.82 | 6/26/2023 | 00051402PRE | 4/6/2023 | $95,172.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114471 | $349,411.82 | 6/26/2023 | 00051403_2 | 4/6/2023 | $232,663.10 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114471 | $349,411.82 | 6/26/2023 | 230331-2724 | 4/3/2023 | $20,900.35 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114471 | $349,411.82 | 6/26/2023 | 230331-2774 | 4/3/2023 | $676.37 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | 114487 | $23,666.16 | 6/27/2023 | 00051402POST | 4/6/2023 | $23,666.16 |

**13  Post Petition transfer(s), $1,927,256.54**

**Totals: 26 transfer(s), $4,408,819.30**