**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marianna Udem
Brigette McGrath
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com

*Special Counsel to the Plan Administrator*

| | |
|---|---|
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>          Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br><br>          Plaintiff,<br><br>v.<br><br>St. George Distribution Corp.,<br><br>          Defendant. | Adv. No. 24-01415-VFP |

**CERTIFICATE OF SERVICE**

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this *Notice of Dismissal of Adversary Proceeding* was made on July 2, 2024, via

3

X    Mail service: Regular, first-class United States mail, postage fully pre-paid, addressed to:

<u>Defendant</u>
Paul Svindland
St. George Distribution Corp
951 Thorndale Ave
Bensenville, IL 60106

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 2, 2024                */s/ Jean Esslinger*
                                       Jean Esslinger
                                       ASK LLP
                                       2600 Eagan Woods Drive, Suite 400
                                       Saint Paul, MN 55121